AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 22 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of )
)
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.   MJ19-220
)
Subject Facebook Account 1 and Subject Facebook )
Account 2, as further described in Attachment A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Subject Facebook Accounts 1 and 2, as more fully described in Attachment A, incorporated herein by reference.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(3) | Assault Resulting in Serious Bodily Injury |
| 18 U.S.C. § 1153(a) | Offenses Committed in Indian Country |
| 18 U.S.C. § 2111 | Robbery |

The application is based on these facts:

✓ See Affidavit of FBI Special Agent Matthew McElhiney, attached hereto and incorporated herein by reference

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

---

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☐ by reliable electronic means; or: ☐ telephonically recorded.

*Applicant's signature*

Matthew McElhiney, Special Agent
*Printed name and title*

◉ The foregoing affidavit was sworn to before me and signed in my presence, or
◯ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: May 22, 2019

*Judge's signature*

City and state: Seattle, Washington         Hon. Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

2019R00229

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to information associated with the following Facebook accounts (FB ACCOUNTS):

FACEBOOK ACCOUNT 1
Display Name: Streezy NW
Vanity Name: streezy.nw
Time Observed: Feb 8, 2019, 6:58 PM and Apr 29, 2019, 12:49 PM
User ID#:  100013654273480
Facebook URL: https://www.facebook.com/streezy.nw

FACEBOOK ACCOUNT 2
Display Name: Captian Kachuckles
Vanity Name: chuck.sparks.58
Time Observed: Feb 6, 2019, 1:27 PM
User ID#: 100000198065222
Facebook URL: https://www.facebook.com/chuck.sparks.58

As well as other subscriber and log records associated with the accounts, which are stored at premises owned, maintained, controlled, and operated by Facebook, Inc., an electronic communications service and remote computing services provider headquartered at 1601 Willow Road, Menlo Park, California, 94025.

For FACEBOOK ACCOUNT 2, the warrant is limited to the above-referenced information for the time period from January 1, 2019 through the present.

ATTACHMENT A - 1
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

**I.   INFORMATION TO BE DISCLOSED**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Inc., including any communications, records, files, logs, posts, payment records, or information that has been deleted but is still available to Facebook, or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f) on or about February 8, April 15, and April 29, 2019, Facebook is required to disclose the following information to the government for each account or identifier listed in Attachment A:

(a)   All contact information, including full name, user identification number, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)   All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c)   All Neoprints, including profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d)   All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

(e)   All IP logs, including all records of the IP addresses that logged into the account(s) and associated geolocation data;

(f)   All information about the user's access and use of Facebook Marketplace;

(g)   The length of service (including start date), the types of service utilized by

1  the user, and the means and source of any payments associated with the

2  service (including any credit or bank account number;

3  (h)   All privacy settings and other account settings;

4  (i)   All records pertaining to communications between Facebook and any person

5  regarding the user or the user's Facebook account, including contacts with

6  support services and records of actions taken.

7  //

8  //

9  //

10  //

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 2
USAO #2019R00229

## II.  INFORMATION TO BE SEIZED BY THE GOVERNMENT

1

2       All information described above in Section I that constitutes fruits, contraband,

3  evidence and instrumentalities of violations of 18 U.S.C. § 113(a)(3) (Assault Resulting

4  in Serious Bodily Injury), 18 U.S.C. § 1153(a) (Offenses Committed in Indian Country),

5  18 U.S.C. §§ 371 and 2111 (Conspiracy to Commit Robbery) and 18 U.S.C. § 2111

6  (Robbery) for each account or identifier listed on Attachment A, including information

7  pertaining to the following matters:

8       (a)     Records that identify any persons who use or access the account specified,

9               or who exercise in any way any dominion or control over the same,

10              including geolocation data associated with such use or access;

11      (b)     Records that identify associates of the account specified;

12      (c)     Records relating to the planning or execution of the robbery and shooting of

13              John Doe on February 6, 2019;

14      (d)     Records relating to [UNIT B] Tulalip, Washington;

15      (e)     Records relating to the identity of the shooter (also known as "Strap");

16      (f)     Records relating to narcotics trafficking, firearms, or ammunition; and

17      (g)     Records (including messages, posts, notes, drafts, photographs, videos, or

18              other documents) relating to the relationship between Dennis Peltier,

19              Mariah Boudrieau, John Doe, Joseph Sam, and/or the user of the Facebook

20              account named "Captian Kachuckles," as well as communications and posts

21              between or amongst any of the same.

22  //

23  //

24  //

25

26

27

28

ATTACHMENT B - 3
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    This warrant authorizes a review of the electronically stored data,
2  communications, or other records and information seized, copied or disclosed pursuant to
3  this warrant in order to locate evidence, fruits, and instrumentalities described in this
4  warrant.  The review of this electronic data may be conducted by any government
5  personnel assisting in the investigation, who may include, in addition to law enforcement
6  officers and agents, attorneys for the government, attorney support staff, and technical
7  experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized,
8  copied or disclosed electronic data to the custody and control of attorneys for the
9  government and their staff.
10  //
11  //
12  //
13  //
14  //
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT B - 4
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

2

3      I, _____, attest, under penalties of perjury under the

4   laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

5   contained in this declaration is true and correct.  I am employed by Facebook, and my official

6   title is _____.  I am a custodian of records for Facebook.  I state

7   that each of the records attached hereto is the original record or a true duplicate of the original

8   record in the custody of Facebook, and that I am the custodian of the attached records consisting

9   of _____ (pages/CDs/kilobytes). I further state that:

10      a.      all records attached to this certificate were made at or near the time of the

11   occurrence of the matter set forth, by, or from information transmitted by, a person with

12   knowledge of those matters;

13      b.      such records were kept in the ordinary course of a regularly conducted business

14   activity of Facebook; and

15      c.      such records were made by Facebook as a regular practice.

16      I further state that this certification is intended to satisfy Rule 902(11) of the Federal

17   Rules of Evidence.

18

Date: _____   Signature: _____

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 5
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**AFFIDAVIT**

STATE OF WASHINGTON  )
                      )  ss
COUNTY OF KING        )

1.     I, Matthew McElhiney, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), having been duly sworn, state as follows:

## I.  INTRODUCTION AND PURPOSE OF AFFIDAVIT

2.     I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant for information associated with certain accounts: Facebook User ID 100013654273480 (FB ACCOUNT 1), and Facebook User ID 100000198065222 (FB ACCOUNT 2) (collectively, the FB ACCOUNTS), as more fully described in Attachment A, that is stored at the premises controlled by Facebook, Inc., a social media platform headquartered at 1601 Willow Road, Menlo Park, CA 94025.

3.     The Federal Bureau of Investigation (FBI) is conducting an investigation into whether certain individuals described below committed violations of 18 U.S.C. § 113(a)(6) (Assault Resulting in Serious Bodily Injury), 18 U.S.C. § 1153(a) (Offenses Committed in Indian Country), 18 U.S.C. §§ 371 and 2111 (Conspiracy to Commit Robbery) and 18 U.S.C. § 2111 (Robbery).  As described herein, there is probable cause to believe that the FB ACCOUNTS contain evidence of these crimes.

4.     This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Facebook, Inc. to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 1
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II. **AFFIANT BACKGROUND**

5.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since August of 2016.  I am assigned to the Everett Resident Agency of the Seattle Division and the FBI's Northwestern Safe Trails Task Force (NWSTTF).  Part of my responsibilities as a Special Agent include investigations involving violent crimes on Indian reservations in northwestern Washington, including the Tulalip Indian Reservation (Tulalip).  As a Special Agent, I have led and/or participated in investigations of a wide array of federal criminal violations, including assaults, crimes against children, firearms, fraud, fugitives, narcotics, rape, robberies, and crimes occurring in Indian Country.  During these investigations, I have participated in the execution of search warrants and the seizure of evidence of criminal activity.

6.     Prior to becoming a Special Agent, I completed twenty and a half weeks of special agent training at the FBI Academy in Quantico, Virginia. My training has included courses in law enforcement techniques, federal criminal statutes, conducting complex criminal investigations, physical and electronic surveillance techniques, evidence collection techniques and the execution of search warrants.

7.     The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

8.     Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.  I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 113(a)(6) (Assault Resulting in Serious Bodily Injury), 18 U.S.C. § 1153(a) (Offenses

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 2
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Committed in Indian Country), 18 U.S.C. §§ 371 and 2111 (Conspiracy to Commit

2  Robbery) and 18 U.S.C. § 2111 (Robbery), will be found in the FB ACCOUNTS.

### III. SUMMARY OF INVESTIGATION

4        9.     In the late hours of February 6, 2019, the Tulalip Police Department (TPD)

5  responded to a report of a gunshot victim at Unit B of a residential address that is located

6  within the exterior boundaries of the Tulalip Indian Reservation (UNIT B). TPD arrived

7  at the scene and found John Doe (Doe) conscious, lying on the ground outside UNIT B

8  near the front door. Before being transported for treatment, Doe told TPD that he had

9  been shot in the back by an unknown native-looking male during a drug deal at UNIT B.

10       10.    Inside UNIT B, TPD found the homeowner, who stated that she and her

11  son, Dennis Peltier (PELTIER), had been at the house that night, along with a white

12  female, whom she described as around thirty years old with blonde hair, and whom she

13  believed was there with her son.

14       11.    During subsequent interviews at the hospital, Doe told TPD he had been

15  contacted by his ex-girlfriend Mariah Boudrieau (BOUDRIEAU), who had arranged for

16  Doe to come to UNIT B to sell narcotics. Doe was to bring an ounce of heroin to the

17  house and sell it to a native male named Dennis for $1,200.00. Doe went to the house in

18  his white Ford Expedition with a friend with the initials J.G. Doe arrived at UNIT B and

19  met with BOUDRIEAU and Dennis. Doe explained that during the transaction, a native

20  male (not the same person as Dennis) came through the front door waving a revolver,

21  demanding the narcotics. Doe and the man fought briefly. Doe attempted to leave, but

22  BOUDRIEAU tried to stop him. Doe pushed her to the side while trying to get away, but

23  he was shot in the back by the man. Doe stated that BOUDRIEAU was right next to him

24  when he was shot. Doe collapsed in the doorway of the house, unable to move his legs.

25  Once on the ground, BOUDRIEAU began rifling through Doe's pockets, asking him

26  where the heroin was. According to Doe, he pleaded with BOUDRIEAU for help, stating

27  that he was paralyzed. BOUDRIEAU responded by asking: "What concern is that of

28  mine?" After finding the ounce of heroin Doe had on him and approximately $300 in

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 3
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   cash, BOUDRIEAU and the man fled the residence, taking with them Doe's money and

2   iPhone 7. Doe said that he pleaded with Dennis to call for help, but Dennis refused and

3   ran away. Eventually, J.G. came to Doe's aid and called 911, but then also fled. Doe

4   believed BOUDRIEAU and Dennis had conspired together to commit the robbery.

5          12.     In the early morning hours of February 7, 2019, TPD obtained a search

6   warrant for UNIT B and executed the same with assistance from the FBI. During the

7   search, search personnel observed drug paraphernalia, mail addressed to "Dennis G.

8   Peltier, Jr.," and a laptop with the name "Mariah Boudrieau" on the log in screen.

9          13.     TPD interviewed a neighbor who lives near UNIT B. The neighbor stated

10  that DENNIS PELTIER had arrived at his house in the early morning hours of February

11  7, 2019, asking for a ride. PELTIER told the neighbor he had been part of a robbery that

12  went bad and needed to get out of the area. The neighbor then drove PELTIER around

13  Marysville for several hours before dropping him off.

14         14.     On February 8, 2019, officers arrested PELTIER and transported him back

15  to TPD, where he was interviewed after waiving his *Miranda* rights. During the

16  interview, PELTIER first denied having any advance knowledge of the robbery.

17  PELTIER subsequently admitted that he had agreed with BOURDIEAU to do the

18  robbery, and that BOURDIEAU told him their target was a pushover and she would just

19  take the heroin from him. PELTIER also admitted that he received a portion of the

20  heroin that was stolen from Doe. PELTIER denied knowing the identity of the shooter.

21  Following PELTIER's arrest, TPD collected a Samsung smartphone from him as

22  evidence.

23         15.     TPD obtained and executed a search warrant for the data located on

24  PELTIER's Samsung smartphone, which revealed multiple communications between

25  BOUDRIEAU and PELTIER on the day of the robbery through the Facebook Messenger

26  service, including the following messages:

27         **Incoming**: "What's your address straps on the way so we can do this lic"

28         **Outgoing**:  "[street address for UNIT B] Tulalip Wa. 98271"

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 4
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Based on my training and experience and the training and experience of other law
2  enforcement officers, I am aware that the term "Lic" or "Lick" is a slang term commonly
3  used to refer to a robbery.

4       11.    During subsequent interviews of PELTIER on February 13, 2019,
5  PELTIER reiterated that he did not know the shooter's name, but said that BOURDIEAU
6  had called him "Strap."   PELTIER also admitted that BOURDIEAU that told him
7  beforehand that "Strap" would be waiting outside and would then come inside to take the
8  heroin.  PELTIER again explained that BOURDIEAU had talked him into participating
9  in the robbery by saying that Doe was a "chump" and a "pushover," and that it would be
10  simple.  PELTIER explained that the plan was for him to act as the purported buyer when
11  Doe came to sell the heroin, and said that he sent his son to take a shower before Doe
12  arrived.  PELTIER said that once Doe arrived with the heroin, he went into the kitchen
13  and was pretending to look for money when he heard a scuffle and then a pop.[1]

14       12.    During subsequent interviews with J.G., the man who had accompanied
15  John Doe to the house and called 911, J.G. stated that Doe had contacted him wanting
16  him to provide Doe with an ounce of heroin on credit.  Doe told J.G. that he was
17  intending to sell the ounce of heroin to BOUDRIEAU for $1,200.00.  J.G. contacted his
18  narcotics source and acquired several ounces of heroin on credit.  J.G. gave one ounce of
19  heroin to Doe to sell to BOUDRIEAU.  J.G. also stated that when they arrived at the
20  house, Doe went inside while he waited in Doe's white Ford Expedition next to UNIT B.
21  J.G. said that after about a minute, BOUDRIEAU came out of the house, entered the
22  driver's side of the vehicle and took J.G.'s bag that contained "$4,100 worth of heroin,"
23  or approximately 3-4 ounces of heroin, before running back into the house.  J.G. also said
24  that he attempted to catch BOUDRIEAU, but was unsuccessful.  According to J.G., he
25  drove the Expedition home and told his supplier what happened.  The supplier then
26
27

28  [1] During the course of the investigation, PELTIER also told law enforcement officers about rumors he heard while in custody at the Snohomish County Jail, including the purported name and a different nick name of the shooter, as he was told by other inmates.  Law enforcement quickly discredited this information.

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 5
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   followed J.G. back to UNIT B.  When J.G. arrived back at UNIT B, he observed that the

2   front door was open, Doe was on the ground, and he saw a male and a female fleeing

3   eastbound in the neighborhood.  J.G. ran to Doe, who stated that he had been shot in the

4   back.  J.G. said that he confronted PELTIER, who was with Doe in the doorway, before

5   PELTIER ran away.  J.G. said he called 911 for Doe before fleeing with his supplier.

6       13.    TPD prepared a photo lineup that contained a photo of BOUDRIEAU and

7   presented the same to J.G., who successfully identified BOUDRIEAU from having seen

8   her Facebook photos.  However, J.G. told TPD that the photo in the lineup of

9   BOUDRIEAU did not look quite like her Facebook photos.  J.G. then displayed screen

10   shots on his phone of BOUDRIEAU's Facebook page.

11       14.    On February 12, 2019, BOUDRIEAU was arrested in Everett, Washington

12   on an unrelated warrant.  Following her arrest, myself and two TPD detectives attempted

13   to interview her.  After receiving her *Miranda* warnings, BOUDRIEAU requested an

14   attorney and the interview was terminated.  BOUDRIEAU is currently in custody

15   pending charges in Snohomish County Superior Court.

16       15.    TPD Detective David Sallee maintains a covert Facebook account, which

17   has an established friend network of people associated with the Tulalip reservation and

18   surrounding areas.  On February 8, 2019, shortly after the robbery and shooting occurred,

19   Detective Sallee used Facebook to see if there were any Facebook friends that

20   BOUDRIEAU and PELTIER had in common.  Detective Sallee only identified one such

21   account – a Facebook user with the name "Streezy NW" and a nickname of "Strap"

22   (FACEBOOK ACCOUNT 1).  The account for "Streezy NW" had pictures of a thin

23   native male wearing silver rings, possibly with faded finger tattoos.  One of the pictures

24   of "Streezy NW" showed that he had a tattoo on his back that said "Upper Skagit."

25   Detective Sallee sent photos of "Streezy NW" to the Upper Skagit Police Department and

26   the Lummi Nation Police Department, and identified him as JOSEPH E. SAM, an

27   enrolled member of the Upper Skagit Tribe.  Detective Sallee learned that SAM is known

28   on these reservations as "Strap," and determined that SAM has outstanding warrants for

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 6
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  his arrest and prior convictions in the Tulalip Tribal Court.  Detective Sallee later went

2  back to the "Streezy NW" Facebook account and saw that "Streezy NW" had removed all

3  of his photos and unfriended BOUDRIEAU.

4        16.    On March 20, 2019, United States Magistrate Judge Mary Alice Theiler

5  issued a search warrant for information in the Facebook accounts of PELTIER and

6  BOUDRIEAU.  Upon review, the records returned by Facebook revealed a Facebook

7  messenger conversation thread between the account associated with BOUDRIEAU,

8  "mariah.boudrieau71," and the account associated with SAM, "Streezy NW"

9  (FACEBOOK ACCOUNT 1).  The conversation thread begins in early July 2018 and

10  continues through February 2019.  Towards the beginning of the conversation on

11  Facebook, in July 2018, SAM sent BOUDRIEAU a photo depicting a native male taking

12  a photograph standing in front of a mirror.  Detective Sallee viewed this image and

13  recognized the individual as SAM.

14        17.    During the course of the conversation, BOUDRIEAU referred to SAM as

15  "Strap" at least once in November 2018.  Following multiple attempted Facebook calls

16  from BOUDRIEAU to SAM, BOUDRIEAU specifically wrote:

17      **Mariah Boudrieau**: "So the t you got i paid for now f*** strap call me back"

18        18.    Additionally, the Facebook conversation between BOURDIEAU and SAM

19  discussed narcotics trafficking as well as a specific request on February 6, 2019 from

20  BOURDIEAU to help her with a robbery. The provided Facebook records included the

21  following communications with SAM around the time of the assault/robbery:

22  [Conversation on February 6, 2019 between approximately 11:22 a.m. and 6:51 p.m.]

23      **Mariah Boudrieau**: "Hey I need you right now what's up"

24      **Streezy NW**:       "I'm at Wal-Mart"

25      **Streezy NW**:       "Leaving going to the little 1"

26      **Mariah Boudrieau**: "So I need to jack this guy do you want to help me out"

27      **Mariah Boudrieau**: [Attempted Call / Missed]

28      **Mariah Boudrieau**: "Im right by there do you havr any dark im sick man"

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 7
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **Mariah Boudrieau**: "Do you want to help me with this lic its gonna bw super
2                          easy I just need a hommie like you on my side"
3    **Mariah Boudrieau**: "Hello its gonna be for like a piece and cash"
4    **Mariah Boudrieau**: "Well he said he will pay the 1200 but it's gotta be super fire"
5    **Mariah Boudrieau**: "There's a lot of deal going around and he doesnt want if its
6                          cut with fetinol"
7    **Mariah Boudrieau**: "👆"

8    [Conversation continues on February 8, 2019 at approximately 5:06 p.m. and continues to
9    February 9, 2019 at approximately 2:54 p.m.]

10   **Mariah Boudrieau**: "So call me asap please I need to talk to you"
11   **Streezy NW**:       "I've been trying to get a hold of you but I keep missing you...
12                         you should come over to my homies house.. there's no one
13                         here just us homies"
14   **Streezy NW**:       [Attempted Call / Missed]
15   **Streezy NW**:       [Attempted Call / Missed]
16   **Streezy NW**:       [Attempted Call / Missed]
17   **Streezy NW**:       "Where are you nigga... call me on my phone.. stay the fukk
18                         off messenger...."

19   [Conversation continues on February 13, 2019 at approximately 9:27 p.m. and continues
20   to 10:05 p.m.]

21   **Streezy NW**:       [Attempted Call / Missed]
22   **Streezy NW**:       [Attempted Call / Missed]
23   **Streezy NW**:       [Attempted Call / Missed]
24   **Streezy NW**:       [Attempted Call / Missed]
25   **Streezy NW**:       "I habe to talk to you.... it's important....911"
26   **Streezy NW**:       "👆"
27   **Streezy NW**:       "911"
28   **Streezy NW**:       "Call me"

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 8
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **Streezy NW**:      "Asap"

2       19.    The records returned by Facebook further revealed a Facebook messenger

3 conversation thread between the account associated with BOUDRIEAU,

4 "mariah.boudrieau71" and another Facebook account with the name "Scooter Barber."

5 Specifically, BOUDRIEAU sent the following message to "Scooter Barber" on February

6 7, 2019 at approximately 1:43 a.m. following the assault:

7       **Mariah Boudrieau**: "Hey has strap called you what happened ....is he with you"

8       20.    Detective Sallee identified the Facebook account for "Scooter Barber" as

9 being associated with a man with the initials RB.

10       21.    On April 25, 2019, Detective Sallee interviewed RB at his residence

11 regarding SAM. Detective Sallee showed RB a photo of SAM and asked RB if he knew

12 who it was. RB replied that it was "Strap." RB stated that "Strap's" real name was Joe

13 or William, but he was not sure. RB stated he had met "Strap" at a casino over a year ago

14 and the two had become friends. RB stated that he had not seen "Strap" in a while but

15 had communicated with him within the last few days on Facebook Messenger. Detective

16 Sallee asked RB if he knew someone named Mariah. RB replied that he was introduced

17 to a girl named Mariah by "Strap" and that Mariah had previously given RB a ride in her

18 black Mustang. Detective Sallee showed RB a photo of BOUDRIEAU. RB stated that it

19 was the same woman he knew as Mariah.

20       22.    Another adult male, RT, was also present at RB's residence on April 25,

21 2019 and was ultimately taken into custody by TPD on unrelated charges. During

22 subsequent interviews, RT was shown a photo of SAM and identified him as "Strap." RT

23 stated he had bought narcotics from "Strap" many times in the past and said that "Strap"

24 also sells guns and pimps prostitutes. RT logged into his Facebook Messenger account

25 on Detective Sallee's cell phone and provided messages between RT and a Facebook

26 account named "Streezy NW." Detective Sallee viewed multiple messages regarding the

27 sale of narcotics and one regarding a sale of firearms.

28

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 9
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    23.    Detective Sallee identified SAM's girlfriend as a woman with the initials

2    NM after reviewing posts on Facebook.  Detective Sallee got in contact with NM's

3    Probation Officer, who provided NM's address located in Everett, WA.

4    24.    Detective Sallee went to NM's address in Everett and met NM's

5    grandmother, who was interviewed.  NM's grandmother was shown a picture of SAM,

6    and she identified him as "Strap."  NM's grandmother said that "Strap's" real name was

7    JOSEPH SAM.  She also stated that SAM had messaged her and spoke to her several

8    times recently.  SAM told NM's grandmother that he had been involved in a robbery and

9    that an eyewitness had identified him.  NM's grandmother stated that based on their

10   conversation, she thought SAM must have shot someone, but she could not elaborate on

11   how she came to that conclusion.  NM's grandmother stated that SAM had sent her a

12   message on Facebook and told her not to use his name in conversations if she was talking

13   to someone on a jail call.  NM's grandmother tried to pull up the messages but found that

14   someone had gotten into her phone and deleted everything that related to SAM.  She

15   believed that her granddaughter, NM, must have gone through her phone and erased

16   things.  NM'S grandmother further stated that NM had recently warned her not to let

17   SAM into the house and told her to keep her gun loaded beside her bed.

18   25.    On May 6, 2019, Detective Sallee contacted NM's grandmother via

19   telephone.  NM's grandmother stated that she had not seen SAM, but she did see NM two

20   nights prior when NM came to her house late at night.  NM's grandmother asked NM

21   where SAM was.  NM replied that SAM was not going to be coming to visit for a while

22   because he shot a guy, so he was in hiding.

23   26.    On May 15, 2019, officers arrested SAM and transported him back to TPD,

24   where he was interviewed after waiving his *Miranda* rights.  During the interview, SAM

25   denied involvement in the robbery or the assault, stating he was in Bellingham at the

26   time.  SAM stated that he previously had been questioned by a Tulalip gaming official,

27   who mistakenly identified him. SAM stated that the gaming official had been looking for

28   another man who looked identical to him except for a scar.  SAM believed this other

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 10
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   individual was likely the one involved in the robbery and assault.  When questioned
2   about the "Streezy NW" Facebook account, SAM denied that the account was his. When
3   asked about the photos and other personal information concerning him on the account,
4   SAM stated that someone else must have created the account and posted that information,
5   pretending to be him, possibly trying to implicate him in the crimes.

6       27.     When law enforcement encountered SAM on May 15, 2019, he gave the
7   name "William E. Clark" and provided an identification under this name.  Through
8   records checks and checking photographs, the arresting officer determined that the person
9   he arrested was JOSEPH SAM. SAM admitted that he was born with the name "Joseph
10  Earlystar Sam" and had later changed his name to "William Earlystar Clark."

11      28.     DENNIS PELTIER has confirmed that he is a member of the Turtle
12  Mountain Band of Chippewa Indians, a federal recognized tribe.  I have confirmed that
13  MARIAH BOUDRIEAU is not an Indian.  As noted above, JOSEPH SAM a/k/a
14  WILLIAM EARLYSTAR CLARK is an enrolled member of the Upper Skagit Tribe, a
15  federally recognized tribe.

16      29.     As a result of the gunshot wound to his back, John Doe suffered spinal cord
17  injury causing paralysis in his lower body.  Medical staff determined that due to the bullet
18  trajectory and Doe's neurologic status, the bullet could not be removed safely at the
19  present time.  It is uncertain if John Doe's paralysis will be permanent of if the paralysis
20  will abate with ongoing therapy and treatment.

21      30.     The records returned by Facebook in response to the search warrant issued
22  by Judge Theiler on March 20, 2019, further revealed a Facebook messenger
23  conversation thread between the account associated with BOUDRIEAU,
24  "mariah.boudrieau71" and another Facebook account with the name "Captian
25  Kachuckles" (FACEBOOK ACCOUNT 2).  This Facebook conversation discussed
26  narcotics trafficking as well as a specific request on February 6, 2019, from
27  BOURDIEAU to help her with a robbery to which "Captian Kachuckles" agreed. The
28

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 11
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  provided Facebook records included the following communications around the time of

2  the assault/robbery:

3  [Conversation on February 3, 2019 between approximately 11:43 a.m. and 1:09 p.m.]

4      **Mariah Boudrieau**:   "Hey do you have anything I need some shit real quick and

5                         I need to talk I have a lic you down to spank this pussy ads

6                         bitch with me....i need you asap last night"

7      **Mariah Boudrieau**:   [Attempted Call / Missed]

8      **Mariah Boudrieau**:   "Where are you can you give me a ride to n seattle Im

9                         behind memos at one of the spots"

10     **Mariah Boudrieau**:   [Attempted Call / Missed]

11     **Captian Kachuckles**:  "Text me"

12     **Captian Kachuckles**:  "I canr talk right now"

13     **Mariah Boudrieau**:   "Call me asap please. When you can"

14  [Conversation on February 6, 2019 between approximately 11:23 a.m. and 1:34 p.m.]

15     **Mariah Boudrieau**:   "Hey do you have any dark"

16     **Mariah Boudrieau**:   "Hey do you wanna do a lick with me"

17     **Mariah Boudrieau**:   "Its for a piece of dark some shards he smokes and sells

18                        hes a total jake does not pack and whatever shit he has in

19                        his ride thats worth anything"

20     **Captian Kachuckles**:  "How would we do it?"

21     **Mariah Boudrieau**:   "Do you have a piece it will be him and prob one other

22                        they guy both will be idiots and nobodys..neither of them

23                        pack I have a hommies house it can go down he brings a

24                        piece he sells clear too so his stash of that and he got 2600

25                        in his account 3 days ago so whatever cash he has left of

26                        that ....he also goes and boosts so if he has merchandise in

27                        his car that too"

28

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 12
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | **Mariah Boudrieau**: | "He's ready and waiting for my call he said he's got it I said |
| 2 | | I'm waiting on the person to get home and then I'll call |
| 3 | | him....so im on msvl res where its gonna go down right |
| 4 | | now.if your down come on" |
| 5 | **Mariah Boudrieau**: | "So yeah or na" |
| 6 | **Captian Kachuckles**: | "I am down but whst do we gotta do" |
| 7 | **Mariah Boudrieau**: | "I really don't think we will need a piece it only makes |
| 8 | | cooperation a little easier so he comes inside to make sale |
| 9 | | he sits down and we start deal then let him know he is not |
| 10 | | getting payer as a matter of fact he will be giving |
| 11 | | everything over and I'll get keys take anything in his car |
| 12 | | cause possible he will keep wallet in car" |
| 13 | **Captian Kachuckles**: | "Ok so im on cap hill right now" |
| 14 | **Mariah Boudrieau**: | "I need to go a house in snohomish i have a in i sound bar |
| 15 | | at its his friend so before I do its a 500 speaker I need that" |
| 16 | **Mariah Boudrieau**: | "How long till your back" |
| 17 | **Captian Kachuckles**: | "Maybe couple hours" |
| 18 | **Mariah Boudrieau**: | "Kk" |

19 [Conversation on February 7, 2019 at approximately 8:56 p.m.]

20    **Mariah Boudrieau**:    [Connected Call / Duration: 176]

21    31.    Based on the above conversation, I believe it is likely that "Captian

22 Kachuckles" had some level of involvement in the robbery conspiracy and/or that he

23 communicated about it via the Facebook Messenger service either through additional

24 messages with BOURDIEAU or with another Facebook user. Records pertaining to this

25 account are being sought to help identify the user of the account and any additional

26 communications pertaining to the robbery conspiracy, as well as to help ensure all such

27 communications have been produced in their entirety. For FACEBOOK ACCOUNT 2, I

28

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 13
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    only seek records from Facebook for the time period January 1, 2019 through the present

2    because the robbery and assault occurred in early February of 2019.

3    **IV.  BACKGROUND REGARDING FACEBOOK'S SERVICES**

4    32.    Facebook, Inc. owns and operates the free-access social networking website

5    Facebook.com, accessed at http://www.facebook.com.  Facebook allows its subscribers to

6    establish personal accounts.  Subscribers can then use their accounts to share written

7    news, communications, photographs, videos, and other information with other Facebook

8    users, and sometimes with the general public; to purchase and sell things, play games,

9    and engage in numerous additional computer based activity.

10    33.    A Facebook subscriber typically creates a personal profile using photos of

11    him/herself and a name or nickname their friends and family know.  This permits friends

12    and family to find the subscriber's account.  Facebook asks subscribers to provide basic

13    contact information.  This may include the subscriber's full name, birth date, contact e-

14    mail addresses, physical address (city, state, zip code, country), telephone numbers, .

15    screen names, associated websites, and other personal identifiers.  Subscribers can list

16    credit, debit or other financial account numbers for use when making purchases on or

17    through Facebook.  Facebook also asks subscribers to create an account password.  The

18    password, known only to the subscriber (and anyone to whom s/he gives it) limits access

19    to the account.  Only someone logged in with the password can change profile details,

20    profile photographs or privacy settings.[2]  Only a person who has logged into the account

21    with a password can post on the "Wall,"[3] send messages (similar to text messaging), or

22    send friend requests under the identity of the account owner.  It is my understanding that

23    Facebook subscribers rarely share the password to their accounts.  There is little purpose

24    in sharing passwords, because anyone whom the account owner permits can post

25

26

27    [2] Subscribers must also be logged into their accounts to make purchases, post ads, make comments, adjust
notifications they receive and to change other aspects of their accounts.

28    [3] A "Wall" in a particular subscriber's Facebook page is a space where the subscriber and his or her "Friends" (if
permitted by the subscriber) can post and respond to status updates, check-ins, messages, images, attachments, and
links.

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 14
USAO #2019R00229

1 | messages on the user's "Wall."

2 | 34.   Subscribers can select different levels of privacy for the communications
3 | and information associated with their Facebook accounts.  By adjusting these privacy
4 | settings, a subscriber can make profile information, status updates, check-ins, and other
5 | posted material available only to himself or herself, to particular Facebook users, to all
6 | Facebook users, or to anyone with access to the Internet, including people who are not
7 | Facebook users.

8 | 35.   Facebook subscribers can create personal profiles that include photographs,
9 | personal statistics such as birthdate, schooling, employer, lists of personal interests, and
10 | other information.  Subscribers can also post "check-ins"[4] and "status updates" about
11 | their whereabouts and actions, as well as links to videos, photographs, articles, and other
12 | items available elsewhere on the Internet.  Facebook subscribers can also post
13 | information about upcoming "events," such as social occasions, by listing the event's
14 | time, location, host, and guest list.

15 | 36.   A subscriber can also connect directly with individual Facebook users by
16 | sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the
17 | request, then the two users will become "Friends" for purposes of Facebook and can
18 | exchange communications or view information about each other.  Each Facebook user's
19 | account includes a list of that user's "Friends" and a "News Feed," which highlights
20 | information about the user's "Friends," such as status updates, check-ins, profile changes,
21 | and upcoming events.  Subscribers may also join groups or networks to connect and
22 | interact with other users who are members of the same group or network.  A Facebook
23 | network or group has options for adjusting privacy settings to grant or limit viewing or
24 | posting to the group's page.

25 | 37.   In Facebook's Photos application, subscribers can upload an unlimited
26 | number of albums and photos.  The Photos application can capture and store a geometric

27 |

28 | _____
[4] A "check-in" accesses the user's mobile device GPS to let friends know exactly where the subscriber is.

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 15
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   representation of a face (known as Faceprint data). Subscribers can "tag" (i.e., label)
2   other Facebook users depicted in a photo or video. When a user is tagged in a photo or
3   video, he or she receives a notification of the tag and a link to see the photo or video.

4   38.   For Facebook's purposes, a subscriber's "Photoprint" includes all photos
5   uploaded by that subscriber that have not been deleted, as well as all photos uploaded by
6   any user that have that subscriber tagged in them. As uploaded, a digital photo often
7   contains embedded data about when and where it was taken, and other information on its
8   genesis. That information is called Exchangeable image file format (EXIF) information.
9   Facebook "scrapes" this information off of photos before placing them onto a page, but
10  retains the original data.

11  39.   Facebook users can exchange private messages on Facebook with other
12  users. These messages, which are similar to e-mail messages, are sent to the recipient's
13  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well
14  as other information. Facebook users can also post comments on the Facebook profiles
15  of other users or on their own profiles; such comments are typically associated with a
16  specific posting or item on the profile.

17  40.   Facebook captures and retains, for each subscriber account, data regarding
18  the date, time, place, and IP addresses (IP Logs) used when the subscriber accesses
19  his/her account; actions taken and items viewed while using the account; and subscriber
20  geographic location, if that setting is enabled. This data cannot be manipulated by the
21  subscriber. Facebook also retains, and makes available to the account subscriber, all
22  information contained in Appendix A, attached and incorporated by reference. Material
23  posted by the subscriber is retained by Facebook until sometime after it is deleted by the
24  subscriber.

25  41.   In Facebook jargon,

26        •   Subscriber "Basic Contact Information" includes subscriber, name,
27  birth date, email address(es), physical address (city, state, zip, country), all telephone
28  numbers, screen name and any associated website;

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 16
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        •       "Basic Subscriber Information (BSI)" is the subscriber's
2    identification number, name, email address, date and time stamp of account creation,
3    registered cellular telephone number, record of recent logins, and whether the
4    subscriber's page is publicly viewable; and

5        •       A "Neoprint" is an expanded view of a given subscriber profile.  It
6    includes subscriber profile contact information, friend lists; groups and networks of
7    which the subscriber is a member; "News Feed" information; "Wall" postings;  status
8    updates; links to videos, photographs, articles, and other items; event postings; rejected
9    "Friend" requests; comments; messages; gifts; pokes; tags; and information about the
10   subscriber's access and use of Facebook applications.

11       42.     Facebook subscribers may communicate directly with Facebook about
12   issues relating to their account, such as technical problems, billing inquiries, or
13   complaints from the subscriber or other users.  Social networking providers like
14   Facebook typically retain records about such communications, including records of
15   contacts between the subscriber and the provider's support services, as well records of
16   any actions taken by the provider or subscriber as a result of the communications.

17       43.     The company that operates Facebook.com is Facebook, Inc.  Facebook, Inc.
18   has established a contact address for Law Enforcement and has asked law enforcement to
19   serve warrants either by using a website that Facebook has set up for use by law
20   enforcement, or by postal mail.  Law enforcement regularly uses these to contact
21   Facebook.

22   **V. <u>INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED</u>**

23       44.     Pursuant to Title 18, United States Code, Section 2703(g), this application
24   and affidavit for a search warrant seeks authorization to permit Facebook, and its agents
25   and employees, to assist agents in the execution of this warrant.  Once issued, the search
26   warrant will be presented to Facebook with direction that the company identify the
27   Facebook accounts described in Attachment A to this affidavit, as well as other
28   subscriber and log records associated with the accounts, as set forth in Section I of

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 17
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Attachment B to this affidavit.

2      45.    The search warrant will direct Facebook to create an exact copy of the

3  specified accounts and records.

4      46.    I, and/or other law enforcement personnel assisting with the investigation,

5  will thereafter review the copy of the electronically stored data, and identify from among

6  that content those items that come within the items identified in Section II to Attachment

7  B, for seizure.

8      47.    Analyzing the data contained in the forensic image may require special

9  technical skills, equipment, and software.  It could also be very time-consuming.

10  Searching by keywords, for example, can yield thousands of "hits," each of which must

11  then be reviewed in context by the examiner to determine whether the data is within the

12  scope of the warrant.  Merely finding a relevant "hit" does not end the review process.

13  Keywords used originally need to be modified continuously, based on interim results.

14  Certain file formats, moreover, do not lend themselves to keyword searches, as keywords

15  search text, and many common e-mail, database and spreadsheet applications do not store

16  data as searchable text.  The data may be saved, instead, in proprietary non-text format.

17  And, as the volume of storage allotted by service providers increases, the time it takes to

18  properly analyze recovered data increases, as well.   Consistent with the foregoing,

19  searching the recovered data for the information subject to seizure pursuant to this

20  warrant may require a range of data analysis techniques and may take weeks or even

21  months.  All forensic analysis of the data will employ only those search protocols and

22  methodologies reasonably designed to identify and seize the items identified in Section II

23  of Attachment B to the warrant.

24      48.    Based on my experience and training, and the experience and training of

25  other agents with whom I have communicated, it is necessary to review and seize a

26  variety of messenger communications, chat logs, files, payment records and documents,

27  that identify any users of the FB ACCOUNTS and communications sent or received in

28  temporal proximity to incriminating messages that provide context to the incriminating

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 18
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  communications.

2  **VI.  PAST EFFORTS TO OBTAIN EVIDENCE FROM**
3  **THE SUBJECT ACCOUNTS**

4  49.     I understand the contents of the FB ACCOUNTS can only be obtained, in
5  the Ninth Circuit, by means of a search warrant issued under authority of 18 U.S.C. §
6  2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and Federal Rule of Criminal Procedure
7  41(e)(2)(b).  On or about February 8 and April 29, 2019, the FBI made preservation
8  requests to Facebook, requesting they preserve the content related to FB ACCOUNT 1.
9  On or about April 15, 2019, the FBI made a preservation requests to Facebook,
10  requesting they preserve the content related to FB ACCOUNT 2.

11  **VII.  PROTOCOL FOR SORTING SEIZABLE**
   **ELECTRONICALLY STORED INFORMATION**

12  50.     In order to insure agents are limited in their search only to the contents of
13  the FB ACCOUNTS and any attachments, stored instant messages, stored voice
14  messages, documents, and photographs associated therewith; in order to protect the
15  privacy interests of other third parties who have accounts at Facebook; and in order to
16  minimize disruptions to normal business operations of Facebook; this application seeks
17  authorization to permit agents and employees of Facebook to assist in the execution of
18  the warrant, pursuant to 18 U.S.C. § 2703(g), as follows:

19          a.      The search warrant will be presented to Facebook, with direction
20  that it identify and isolate the FB ACCOUNTS and associated records described in
21  Section I of Attachment B.

22          b.      Facebook will also be directed to create an exact duplicate in
23  electronic form of the FB ACCOUNTS and associated records specified in Section I of
24  Attachment B, including an exact duplicate of the content including all messages stored
25  in the FB ACCOUNTS.

26          c.      Facebook shall then provide an exact digital copy of the contents of
27  the FB ACCOUNTS, as well as all other records associated with the account, to me, or to
28  any other agent of the FBI.  Once the digital copy has been received from Facebook, that

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 19
USAO #2019R00229

1    copy will, in turn, be forensically imaged and only that image will be reviewed and

2    analyzed to identify communications and other data subject to seizure pursuant to Section

3    II of Attachment B.  The original digital copy will be sealed and maintained to establish

4    authenticity, if necessary.

5              d.      I, and/or other government personnel assisting in the investigation,

6    will thereafter review the forensic image, and identify from among the content those

7    items which come within the items identified in Section II to Attachment B, for seizure.

8    Items identified for seizure will then be copied to separate media for future use in

9    investigation and prosecution.

10             e.      All forensic analysis of the image data will employ only those search

11   protocols and methodologies reasonably designed to identify and seize the items

12   identified in Section II of Attachment B to the warrant.

13       51.      This warrant authorizes a review of the electronically stored data,

14   communications, or other records and information seized, copied or disclosed pursuant to

15   this warrant in order to locate evidence, fruits, and instrumentalities described in this

16   warrant. The review of this electronic data may be conducted by any government

17   personnel assisting in the investigation, who may include, in addition to law enforcement

18   officers and agents, attorneys for the government, attorney support staff, and technical

19   experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized,

20   copied or disclosed electronic data to the custody and control of attorneys for the

21   government and their staff.

22   //

23   //

24   //

25

26

27

28

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 20
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# VIII.  CONCLUSION

52.     Based on the foregoing, I believe there is probable cause that evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 113(a)(3) (Assault Resulting in Serious Bodily Injury), 18 U.S.C. § 1153(a) (Offenses Committed in Indian Country), 18 U.S.C. §§ 371 and 2111 (Conspiracy to Commit Robbery) and/or 18 U.S.C. § 2111 (Robbery) are located in the FB ACCOUNTS as more fully described in Attachment A to this Affidavit.  I therefore request that the court issue a warrant authorizing a search of the FB ACCOUNTS for the information set forth in section I of Attachment B of this Affidavit, and the seizure of the content more fully described in Section II of Attachment B hereto, incorporated herein by reference of any such items found therein.

Matthew C. McElhiney, Affiant
Special Agent
Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on the 22nd day of May, 2019.

HON. MICHELLE L. PETERSON
United States Magistrate Judge

AFFIDAVIT OF SPECIAL AGENT MATTHEW C. MCELHINEY - 21
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ATTACHMENT A

2

## DESCRIPTION OF LOCATION TO BE SEARCHED

3    This warrant applies to information associated with the following Facebook

4   accounts (FB ACCOUNTS):

5          FACEBOOK ACCOUNT 1
           Display Name: Streezy NW
6          Vanity Name: streezy.nw
7          Time Observed: Feb 8, 2019, 6:58 PM and Apr 29, 2019, 12:49 PM
           User ID#:  100013654273480
8          Facebook URL: https://www.facebook.com/streezy.nw
9

10         FACEBOOK ACCOUNT 2
           Display Name: Captian Kachuckles
11         Vanity Name: chuck.sparks.58
           Time Observed: Feb 6, 2019, 1:27 PM
12         User ID#: 100000198065222
13         Facebook URL: https://www.facebook.com/chuck.sparks.58

14        As well as other subscriber and log records associated with the accounts, which are

15   stored at premises owned, maintained, controlled, and operated by Facebook, Inc., an

16   electronic communications service and remote computing services provider headquartered

17   at 1601 Willow Road, Menlo Park, California, 94025.

18        For FACEBOOK ACCOUNT 2, the warrant is limited to the above-referenced

19   information for the time period from January 1, 2019 through the present.

20

21

22

23

24

25

26

27

28

ATTACHMENT A - 1
USAO #2019R00229

## ATTACHMENT B

## I.  INFORMATION TO BE DISCLOSED

    To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, Inc., including any communications, records, files, logs, posts, payment records, or information that has been deleted but is still available to Facebook, or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f) on or about February 8, April 15, and April 29, 2019, Facebook is required to disclose the following information to the government for each account or identifier listed in Attachment A:

(a)    All contact information, including full name, user identification number, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)    All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c)    All Neoprints, including profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d)    All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

(e)    All IP logs, including all records of the IP addresses that logged into the account(s) and associated geolocation data;

(f)    All information about the user's access and use of Facebook Marketplace;

(g)    The length of service (including start date), the types of service utilized by

ATTACHMENT B - 1
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   the user, and the means and source of any payments associated with the

2   service (including any credit or bank account number;

3   (h)   All privacy settings and other account settings;

4   (i)   All records pertaining to communications between Facebook and any person

5   regarding the user or the user's Facebook account, including contacts with

6   support services and records of actions taken.

7   //

8   //

9   //

10   //

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 2
USAO #2019R00229

## II.   INFORMATION TO BE SEIZED BY THE GOVERNMENT

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 113(a)(3) (Assault Resulting in Serious Bodily Injury), 18 U.S.C. § 1153(a) (Offenses Committed in Indian Country), 18 U.S.C. §§ 371 and 2111 (Conspiracy to Commit Robbery) and 18 U.S.C. § 2111 (Robbery) for each account or identifier listed on Attachment A, including information pertaining to the following matters:

(a)   Records that identify any persons who use or access the account specified, or who exercise in any way any dominion or control over the same, including geolocation data associated with such use or access;

(b)   Records that identify associates of the account specified;

(c)   Records relating to the planning or execution of the robbery and shooting of John Doe on February 6, 2019;

(d)   Records relating to [UNIT B] Tulalip, Washington;

(e)   Records relating to the identity of the shooter (also known as "Strap");

(f)   Records relating to narcotics trafficking, firearms, or ammunition; and

(g)   Records (including messages, posts, notes, drafts, photographs, videos, or other documents) relating to the relationship between Dennis Peltier, Mariah Boudrieau, John Doe, Joseph Sam, and/or the user of the Facebook account named "Captian Kachuckles," as well as communications and posts between or amongst any of the same.

//
//
//

ATTACHMENT B - 3
USAO #2019R00229

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        This warrant authorizes a review of the electronically stored data,

2    communications, or other records and information seized, copied or disclosed pursuant to

3    this warrant in order to locate evidence, fruits, and instrumentalities described in this

4    warrant.  The review of this electronic data may be conducted by any government

5    personnel assisting in the investigation, who may include, in addition to law enforcement

6    officers and agents, attorneys for the government, attorney support staff, and technical

7    experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized,

8    copied or disclosed electronic data to the custody and control of attorneys for the

9    government and their staff.

10   //

11   //

12   //

13   //

14   //

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 4
USAO #2019R00229

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c. such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

Date: _____ Signature: _____

ATTACHMENT B - 5
USAO #2019R00229

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970